ABE FELDSTEIN *v.* STATE OF MARYLAND

[No. 28, October Term, 1942.]

*Decided October 15, 1942.*

The cause was argued before BOND, C. J., DELAPLAINE, COLLINS, MARBURY, and GRASON, JJ.

*Leonard J. Harmatz* for the appellant.

*William C. Walsh, Attorney General,* and *Robert E. Clapp, Assistant Attorney General,* with whom was *Morgan C. Harris, State's Attorney for Allegany County,* on the brief, for the appellee.

MARBURY, J., delivered the opinion of the Court.